UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CHIFFON DAVIS and INDIA WILLIAMS, on behalf
of themselves and a class of those similarly situated,    CV No.: 1:18-cv-00459

                                Plaintiffs,

      -against-

NEW YORK CITY HOUSING AUTHORITY
and OYESHOLA OLATOYE, individually and in her
official capacity as Chairperson of the New York City
Housing Authority, BILL de BLASIO individually and
in his official capacity as Mayor of the City of New
York; and the CITY OF NEW YORK, a municipal
Corporation;
                              Defendants.
------------------------------------------------------------------------x

## **STIPULATION OF DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby stipulated and agreed by and among all parties in this action, by and through their undersigned counsel, that all federal claims and causes of action, asserted by plaintiffs on behalf of the putative class against defendants New York City Housing Authority, Shola Olatoye, City of New York and Bill de Blasio, are dismissed with prejudice, with each party bearing their own attorneys' fees, costs, and expenses.

      Notwithstanding the above, it is further stipulated and agreed that plaintiffs' individual state law claims for alleged breach of the warranty of habitability set forth in the Fourth Cause of Action in the Second Amended Complaint are dismissed without prejudice except as to those claims previously released by plaintiffs in the class action settlement of <u>Diamond v. NYCHA</u>, Supreme Court: New York County, Index No. 153312/2018 ("State Court Action").

This Stipulation may be executed in counterparts. Facsimile copies of signatures shall be deemed originals,

Dated:   New York, New York
         December 6, 2024

LAW OFFICES OF CHRISTOPHER LANGONE
Attorney for plaintiffs

By: ___*Christopher Langone*___
     Christopher Langone, Esq.


HERZFELD & RUBIN, P.C.
Attorneys for Defendants New York City Housing Authority and Shola Olatoye

By:___*Peter Kurs*_____
     Peter J. Kurshan, Esq.
17 State Street, Suite 2400
New York, NY 10004

Muriel Goode-Trufant
Acting Corporation Counsel of the City of New York
Attorney for the City of New York and Bill de Blasio

By:___*Mark Muschenheim*___
     Mark Muschenheim, Esq.
100 Church Street
New York, New York 10007

> So ordered.  The Clerk of Court is directed to mark this case as closed.
>
> Dated:  December 9, 2024
>         New York, New York

___*J. Paul Oetken*___
J. PAUL OETKEN
United States District Judge

2